(96 South. 569)

Nos. 25896, 25897.

### STATE v. MOORE.

(April 30, 1923.)

Appeal from Third Judicial District Court, Parish of Claiborne; J. E. Reynolds, Judge.

E. E. Moore was convicted under separate charges for manufacturing and selling intoxicating liquor, and he appeals. Affirmed.

J. Rush Wimberly, of Arcadia, for appellant. A. V. Coco, Atty. Gen., T. S. Walmsley, Asst. Atty. Gen., W. D. Goff, Dist. Atty., of Arcadia, and Enos C. McClendon, Asst. Dist. Atty., of Homer, for the State.

DAWKINS, J. These appeals cover convictions and sentences for manufacturing and selling, respectively, intoxicating liquors. No bills of exception or assignments of error appear in the record, and no brief has been filed for the appellant.

Finding no errors patent on the face of the records, the sentence in each case is affirmed.